# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>EMMITT DEE McCANTS,<br><br>    Defendant. | Case No. 2:18-cr-00071-RFB-CWH<br><br>ORDER FOR MODIFICATION TO CONDITIONS OF SUPERVISED RELEASE |

Presently before the court is the matter of U.S. v. Emmitt Dee McCants. On February 27, 2020, this court held a hearing for status conference hearing.

The Court agreed to modify Mr. McCants' conditions of supervision to include his residence in the residential re-entry center; all of the previously ordered conditions to remain in effect with the following additions and modifications:

>1.Reside at Residential Re-entry Center - You will reside in a residential reentry center for a term up to 12 months. You must follow the rules and regulations of the center. Subsistence is to be waived.
>
>The Following Conditions are held in ABEYANCE, until Further Order of the Court: no.- 4 Location restriction, no. 10 -home confinement, no. 12 - GPS location monitoring.

IT IS SO ORDERED this 27th day of February 2020.

                                                RICHARD F. BOULWARE, II
                                                UNITED STATES DISTRICT JUDGE