RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
SYLVIA IRVIN
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Sylvia_Irvin@fd.org

Attorney for Emmitt Dee McCants

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>EMMITT DEE MCCANTS,<br><br>        Defendant. | Case No. 2:18-cr-00071-RFB-CWH<br><br>**STIPULATION TO ADVANCE SENTENCING DATE**<br>(First Request) |

It is hereby stipulated and agreed to by and between United States Attorney Nicholas A. Trutanich and Assistant United States Attorney Travis Leverett, counsel for the United States of America, and Federal Public Defender Rene L. Valladares and Assistant Federal Public Defender Sylvia Irvin, counsel for Defendant Emmitt Dee McCants, that the sentencing hearing currently scheduled for December 17, 2020, at 11:00am be advanced to the soonest available date and time convenient to this Court.

The Stipulation is entered into for the following reasons:

1. On August 31, 2020, Mr. McCants made his initial appearance on a petition alleging seven violations of supervised release. ECF No. 52.

2. On September 10, 2020, Mr. Cants, admitted to violations 1-5 and 7. ECF No. 65. Sentencing is currently scheduled for December 17, 2020. *See id.*

3. Mr. McCants respectfully asks the Court to advance his sentencing hearing to the soonest date available. As will be more fully explained at the sentencing hearing, Mr. McCants' time in custody has been extremely challenging because of the Covid-19 pandemic, the situation at NSDC, and his particular unit. He is also particularly concerned about his own health and his grandmother's health. It would be a relief for Mr. McCants to be able to have his sentencing hearing sooner than the current December 17th date should the Court have an available date and time.

4. The parties agree to advancing the sentencing date.

5. This is the first request to advance the sentencing date.

DATED this 20th day of November, 2020

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | NICHOLAS TRUTANICH<br>United States Attorney |
| By: *Sylvia A. Irvin*<br>SYLVIA A. IRVIN<br>Assistant Federal Public Defender | By: *Travis Leverett*<br>TRAVIS LEVERETT<br>Assistant United States Attorney |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br>　　v.<br>EMMITT DEE MCCANTS,<br>　　　　Defendant. | Case No. 2:18-cr-00071-RFB-CWH<br><br>**ORDER** |

Based on the stipulation of counsel, and good cause appearing, the Court hereby orders that the Sentencing Hearing currently scheduled for December 17, 2020, at 11:00a.m., be advanced to __December 10__, 2020, at _11_:_00_ _a_.m.

DATED this _24th_ day of November, 2020.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

3