RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
HEIDI A. OJEDA
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Heidi_Ojeda@fd.org

Attorney for Emmitt Dee McCants

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>EMMITT DEE MCCANTS,<br><br>　　　　　Defendant. | Case No. 2:18-cr-00071-RFB-CWH<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(First Request) |

　　　　IT IS HEREBY STIPULATED AND AGREED, by and between Christopher Chiou, Acting United States Attorney, and Edward G Veronda, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Heidi A. Ojeda, Assistant Federal Public Defender, counsel for Emmitt Dee McCants, that the Revocation Hearing currently scheduled on November 30, 2021, be vacated and continued to a date and time convenient to the Court, but no sooner than thirty (30) days.

　　　　This Stipulation is entered into for the following reasons:

　　　　1.　　Mr. McCants needs additional time to address unresolved issues in pending state case. Those issues will significantly impact Mr. McCants' upcoming revocation hearing in this case.

　　　　2.　　USPO Bryce Stark is unavailable on the currently scheduled date.

3. The defendant is in custody and agrees with the need for the continuance.

4. The parties agree to the continuance.

This is the first request for a continuance of the revocation hearing.

DATED this 22nd day of November 2021.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | CHRISTOPHER CHIOU<br>Acting United States Attorney |
| By /s/ *Heidi A. Ojeda*<br>HEIDI A. OJEDA<br>Assistant Federal Public Defender | By /s/ *Edward G Veronda*<br>EDWARD G VERONDA<br>Assistant United States Attorney |

2

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>EMMITT DEE MCCANTS,<br><br>　　　　　Defendant. | Case No. 2:18-cr-00071-RFB-CWH<br><br>**ORDER** |

　　　IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for November 30, 2021 at 9:30 a.m., be vacated and continued to  January 6, 2022  at the hour of  1 : 00  p.m.; or to a time and date convenient to the court.

　　　DATED this 23rd day of November 2021.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

3